U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRG/ALK/AMR
F. #2020R00939

*Select Street Address*
*Select City & State*

November 8, 2023

By ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Joseph Lanni, et. al.,
     Criminal Docket No. 23-CR-443

Dear Judge Reyes:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By: _Matt R. Galeotti_
       Matthew R. Galeotti
       Anna L. Karamigios
       Andrew M. Rodding
       Assistant U.S. Attorney
       (718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)
   All counsel, Esq. (by ECF)