# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE ___Ramon E. Reyes___          DATE : ___11/8/2023___

DOCKET NUMBER:   ___23-CR-443(FB)___          LOG # : __3:35 - 3:45__

DEFENDANT'S NAME : _____Joseph Lanni_____
          _X_ Present (via tel) ____ Not Present   _X_ Custody ____ Bail

DEFENSE COUNSEL: _____Fred Sosinski_____
          ___ Federal Defender ____ CJA          _X_ Retained
                    *Andrew Roddin*
A.U.S.A: ___Anna Karamigios & *Matthew* Galiotti___          CLERK: ___M. Sica___

Court Reporter : _____ (Language) _____

_X_   Defendant arraigned on the: _X_ indictment___ superseding indictment ___ probation violation

_X_   Defendant pleads NOT GUILTY to ALL counts.

___   DETENTION HEARING Held. _____ Defendant's first appearance.

          ____ Bond set at _____ Defendant ___ released ___ held pending
          satisfaction of bond conditions.
          ____ Defendant advised of bond conditions set by the Court and signed the bond.

          ____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

          ____ (Additional) surety/ies to co-sign bond by _____

          ____ After hearing, Court orders detention in custody. ____ Leave to reopen granted

____   Temporary Order of Detention Issued.  Bail Hearing set for _____

_X_   At this time, defense counsel states on the record that the defendant does not have a bail
      application / package. Order of detention entered with leave to reapply to a Magistrate
      or to the District Court Judge to whom the case will be assigned.

_X_   Order of Excludable Delay/Speedy Trial entered. Start __11/8/23__ Stop __12/8/23__
_X_   Medical memo issued.

____   Defendant failed to appear, bench warrant issued.

_X_   Status conference set for __12/8/23__ @ __2:30__ before Judge ___Block___

Other Rulings : __All parties appeared via telephone conference. Pretrial Officer__ __present Via__
telephone. *Block Act ordered on the record.* _____