## USA V. LANNI

## CR-23-443

**AUSA'S**

Matthew Galeotti

Andrew Roddin

| **DEFENDANT** | **COUNSEL** |
|---|---|
| Joseph Lanni (B) | Frederick Sosinsky |
| | Michael Bachrach |
| Diego Tantillo (B) | Andrew Weinstein |
| Robert Brooke (B) | Vincent Martinelli |
| Salvatore DiLorenzo (B) | Andrew Lankler |
| | Brendan Quigley |
| Angelo Gradilone (B) | Michael Schneider |
| Kyle Johnson (C) | Paula Notari |
| James LaForte (C) | Thomas Mirigliano |
| Vincent Minsquero (B) | Vincent Martinelli |
| Vito Rappa (B) | Wayne Gosnell |
| | Brian Linder |
| Francesco Vicari (B) | Eylan Schulman |