

U.S. Department of Justice

United States Attorney
Eastern District of New York

ALK/MRG/AMR
F. #2020R00939

271 Cadman Plaza East
Brooklyn, New York 11201

June 21, 2024

By ECF and E-mail

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Lanni, et al.,
                Criminal Docket No. 23-443 (FB)

Dear Judge Block:

      The government writes on behalf of the parties to request that the status conference scheduled for June 25, 2024 be adjourned for approximately 45 days to a date convenient to the Court. The parties further request that the Court exclude time through the date of the next status conference, in the interests of justice, in light of the complex nature of this case and to allow for the review of discovery and negotiations regarding a disposition of this matter without a trial. See 18 U.S.C. § 3161(h)(7)(A), (B)(ii),(iv).

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

              By:     /s/
                       Anna L. Karamigios
                       Matthew R. Galeotti
                       Andrew M. Roddin
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc:    Clerk of Court (FB) (by email and ECF)
       Counsel of Record (by email and ECF)