UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

                                              **ORDER**

   -vs-

Joseph Lanni,                                            CR-23-443-1(FB)
         Defendant.

-------------------------------------------------

       On December 27, 2024, the Court held a telephone conference, on the record, with all parties present. The defendant's letter application [208] requesting a bail modification for him to work fulltime as a sale agent at Pro Steel Services in Brooklyn, NY was discussed. After hearing from all the parties, the Court granted Mr. Lanni's application for the reasons stated on the record. Mr. Lanni is permitted to work at Pro Steel Services Monday thru Friday from 9 am until 5 pm with electronic monitoring. Mr. Lanni will start working after defense counsel provide a letter to his Pre-Trial Services Officer from his employer confirming a start date for his employment.

                                                               SO ORDERED.

                                                             /S/ Frederic Block
                                                         UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          December 27, 2024